UNITED STATES DISTRIC[T COURT]    CV-S-01-1495-L[DG]

FOR THE DISTRICT OF [NEVADA]

-oOo-

IN THE MATTER OF THE EMERGENCY APPLICATION
FOR AN ORDER COMPELLING ATX TECHNOLOGIES, INC.
TO SHOW CAUSE WHY ATX TECHNOLOGIES, INC.,             CCA 171X, LDG
SHOULD NOT BE HELD IN CONTEMPT AND TO DIRECT
ATX TECHNOLOGIES, INC. TO FORTHWITH COMPLY
WITH THE COURT'S ORDER OF DECEMBER 10, 2001

This matter comes before the Court on the United States of America's emergency application for an Order compelling ATX Technologies, Inc. (ATX), to show cause why it should not be held in contempt for refusing to comply with this Court's order of December 10, 2001, and directing ATX, to forthwith comply with the Court's order of December 10, 2001. In its application the United States requests a hearing no later than Friday, December 21, 2001, at 10 a.m.

The Court finds that there good cause for such a hearing.

IT IS HEREBY ORDERED THAT ATX TECHNOLOGIES, INC., SHALL APPEAR BEFORE THIS COURT AT 10 A.M. ON DECEMBER 21, 2001, TO SHOW CAUSE WHY IT SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY WITH THE COURT'S REDACTED ORDER OF DECEMBER 10, 2001.

DATED this ___19TH___ day of December 2001.

_____
UNITED STATES DISTRICT JUDGE