BENNEE B. JONES
Texas State Bar No. 17855450
benneejones@akllp.com
THERESA GEGEN
Texas State Bar No. 00793791
1717 Main Street, Suite 3700
Dallas, Texas 75201
(214) 659-4400
(214) 659-4401 (Fax)

FRED PETTI
Arizona Bar No.011668
JASON M. KERR
Resident Nevada Counsel
Nevada Bar No. 7773
jkerr@lrlaw.com
LEWIS AND ROCA LLP
Suite 600
3993 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 949-8200
(702) 949-8351 (fax)

Attorneys for ATX Technologies, Inc.

**FILED**
FEB 13 2002
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE ROVING INTERCEPTION OF ORAL COMMUNICATIONS | CCA 171XX, LDG (FIELD CASE) |

**UNDER SEAL: ATX's AND THE UNITED STATES' STIPULATION TO EXTEND TIME TO FILE A NOTICE OF APPEAL FOR THIRTY DAYS UNTIL MARCH 21, 2002**

ATX Technologies, Inc. ("ATX") and the United States of America stipulate, pursuant to Fed. R. App. P. 4(a)(5)(A)(ii), to extend the time to file a notice of appeal from this Court's order dated December 21, 2001, for thirty days. Under Fed. R. App. P. 4(a)(1)(B) the parties currently have sixty days to appeal this Court's December 21, 2001 order, or until February 19, 2002. Therefore, the Untied States and ATX stipulate that they may have until March 21, 2002 to file a notice of appeal. ATX and the United States state that there is good cause for this extension as

follows:

1. This matter arises out of a series of consecutive requests by the United States for continuing orders allowing roving interceptions of oral communications pursuant to 18 U.S.C. § 2518, utilizing ATX's technology.

2. On October 22, 2001 This Court granted the United States' first request for an order compelling ATX to allow interception of oral communications.

3. This Court granted the United States additional orders compelling ATX to continue to allow the United States to intercept oral communication on November 21, 2001, December 10, 2001, January 11, 2002 and most recently on February 11, 2002.

4. On December 20, 2001, ATX filed a Motion to Quash the Court's December 10, 2001 order.

5. On December 21, 2001, this Court held a hearing on ATX's Motion to Quash. On that same day this Court denied ATX's Motion to Quash and ordered ATX to comply with the December 10, 2001 order.

6. While disputing the orders and pursing its procedural rights and remedies, ATX fully complied with all of the orders, of this Court including full cooperation with the United States.

7. After the hearing on December 21, 2001, ATX discovered additional information that might effect this Court's decision regarding ATX's Motion to Quash.

8. Therefore, on February 8, 2002, ATX filed a Motion to Reconsider this Court's December 21, 2002 Order and Motion to Quash the January 11, 2002 Order (together "Motion to Reconsider").

9. The United States and ATX wish to fully brief and investigate all of the issues raised by ATX's February 8, 2002 Motion to Reconsider; however, given the

short period of time prior to the February 19, 2002 deadline to file a notice of appeal, ATX and the United States believe that it will be difficult or impossible for the parties to fully brief, and this Court to fully consider, all of the issues raised by ATX's Motion to Reconsider.

10. Therefore, the United States and ATX believe that in the interest of justice, and in order to create the best possible record for any appeal of this matter, there is good cause for this Court to grant a thirty day extension for either party to file a notice of appeal pursuant to Fed. R. App. P. 4(a)(5)(A)(ii).

11. If the Court grants this thirty day extension, the United States and ATX propose that the Court enter a scheduling order requiring the United States to file an opposition, if it so desires, to ATX's Motion to Reconsider on or before February 28, 2002, and ATX, if it so desires, will file a reply memorandum in support of its Motion to Reconsider on or before March 7, 2002. The parties believe that this proposed schedule will give them adequate time to investigate and brief all of the issues raised by ATX's Motion to Reconsider.

12. Finally, the Court may wish to consider ATX's Motion to Reconsider at a hearing at such time as to allow the Court sufficient time to rule before March 21, 2002.

///
///
///
///
///
///
///
///

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

17252.1

1.    13.   The Court may enter an order consistent with this stipulation.

| OFFICE OF THE UNITED STATES ATTORNEY | ANDREWS AND KURTH |
|---|---|
| By _____<br>ERIC JOHNSON<br>KATHLEEN BLISS<br>Attorney for the United States of America<br>Dated: 2-13-02 | By _____<br>BENNEE B. JONES<br>Texas State Bar No. 17855450<br>THERESA GEGEN<br>Texas State Bar No. 00793791<br>FRED PETTI<br>Arizona Bar No. 011668<br>JASON M. KERR<br>Nevada Bar No. 7773<br>Attorneys for ATX Technologies, Inc.<br>Dated: 2/13/02 |

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

-4-

17252 1

SUBMITTED BY:
ANDREWS & KURTH L.L.P.


By: _____
Bennee B. Jones
Texas State Bar No. 17855450
Theresa Gegen
Texas State Bar No. 00793791
1717 Main Street, Suite 3700
Dallas, Texas 75201
(214) 659-4400
(214) 659-4401 (Fax)

FRED PETTI
Arizona Bar No. 011668
Jason Kerr (Resident Nevada Counsel)
Nevada State Bar No. 7773
jkerr@lrlaw.com
LEWIS AND ROCA, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89109
(702) 949-8200

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

17252.1