BENNEE B. JONES
Texas State Bar No. 17855450
benneejones@akllp.com
THERESA GEGEN
Texas State Bar No. 00793791
1717 Main Street, Suite 3700
Dallas, Texas 75201
(214) 659-4400
(214) 659-4401 (Fax)

FRED PETTI
Arizona Bar No.011668
JASON M. KERR
Resident Nevada Counsel
Nevada Bar No. 7773
jkerr@lrlaw.com
LEWIS AND ROCA LLP
Suite 600
3993 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 949-8200
(702) 949-8351 (fax)

Attorneys for ATX Technologies, Inc.

**FILED**

FEB 13 2002

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

**UNDER SEAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE ROVING INTERCEPTION OF ORAL COMMUNICATIONS | CCA 171XX, LDG (FIELD CASE) |

<u>ORDER EXTENDING TIME TO FILE NOTICE OF APPEAL AND SCHEDULING ORDER</u>

The Court, having considered the stipulation of the United States of America and ATX Technologies, Inc., and finding that there is good cause, hereby orders as follows:

1. The United States and ATX shall have until March 21, 2002 to file any notice of appeal arising out of this Court's order of December 21, 2002.

2. The United States shall have until February 28, 2002 to file an opposition to ATX's Motion to Reconsider this Court's December 21, 2002 Order and Motion to Quash Court's Order of January 11, 2002.

3. ATX Shall Have until March 7, 2002 to file a reply memorandum in support of its Motion to Reconsider this Court's December 21, 2001 Order and Motion to Quash Court's Order of January 11, 2002.

4. The Court, (if it so desires), hereby orders the parties to appear at a hearing on ATX's Motion to Reconsider this Court's December 21, 2001 Order and Motion to Quash Court's Order of February 11, 2002 on *March 13 @ 9:00 A.M.*

IT IS SO ORDERED:

_____
LLOYD GEORGE UNITED STATES
DISTRICT COURT JUDGE

APPROVED AS TO FORM AND CONTENT:

OFFICE OF THE UNITED STATES ATTORNEY

By_____
ERIC JOHNSON
KATHLEEN BLISS
Attorneys for the United States of America
Dated: 2-13-02

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

- 2 -

17255.1

SUBMITTED BY:

ANDREWS & KURTH L.L.P.

By: /s/
Bennee B. Jones
Texas State Bar No. 17855450
Theresa Gegen
Texas State Bar No. 00793791
1717 Main Street, Suite 3700
Dallas, Texas 75201
(214) 659-4400
(214) 659-4401 (Fax)

FRED PETTI
Arizona Bar No. 011668
Jason Kerr (Resident Nevada Counsel)
Nevada State Bar No. 7773
jkerr@lrlaw.com
LEWIS AND ROCA, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89109
(702) 949-8200