1  BENNEE B. JONES
   Texas State Bar No. 17855450
2  benneejones@akllp.com
   THERESA GEGEN
3  Texas State Bar No. 00793791
   1717 Main Street, Suite 3700
4  Dallas, Texas 75201
   (214) 659-4400
5  (214) 659-4401 (Fax)

6  FRED PETTI
   Arizona Bar No.011668
7  JASON M. KERR
   Resident Nevada Counsel
8  Nevada Bar No. 7773
   jkerr@lrlaw.com
9  LEWIS AND ROCA LLP
   Suite 600
10 3993 Howard Hughes Parkway
   Las Vegas, Nevada 89109
11 (702) 949-8200
   (702) 949-8351 (fax)
12
   Attorneys for ATX Technologies, Inc.
13

**FILED**

MAR - 7 2002

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
_____DEPUTY

                  UNITED STATES DISTRICT COURT
14                FOR THE DISTRICT OF NEVADA

15 IN THE MATTER OF THE APPLICATION          §
   OF THE UNITED STATES FOR AN ORDER         §     CCA 171XX, LDG
16 AUTHORIZING THE ROVING INTERCEPTION §     (FIELD CASE)
   OF ORAL COMMUNICATIONS                    §

17

18              UNDER SEAL: AMENDED SCHEDULING ORDER

19
       The Court, having considered the stipulation of the United States of America and ATX
20
   Technologies, Inc., and finding that there is good cause, hereby orders as follows:
21
       1.    The United States shall have until March 5, 2002 to file a response to ATX's
22
             Motion to Reconsider this Court's December 21, 2001 Order and Motion to
23
             Quash Court's Order of January 11, 2002 ("Motion to Reconsider").
24
       2.    ATX shall have until March 11, 2002 to file a reply in support of its Motion to
25

**SEALED**

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109
DAL.343744.1

1

C:\temp\Amended Scheduling Order.DOC

1    Reconsider.

2

3                                        IT IS SO ORDERED:

4
                                         LLOYD GEORGE, UNITED STATES
5                                        DISTRICT COURT JUDGE

6                                        5 MAR 2002
     APPROVED AS TO FORM AND CONTENT:

7
     OFFICE OF THE UNITED STATES ATTORNEY
8

9
     By
10      ERIC JOHNSON
        KATHLEEN BLISS
11      Attorneys for the United States of America
        Dated: 3/5/02

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109
DAL:345744 1

C:\temp\Amended Scheduling Order.DOC

1    SUBMITTED BY:
     ANDREWS & KURTH L.L.P.

2

3
     By: _____

4        Bennee B. Jones
         Texas State Bar No. 17855450

5        Theresa Gegen
         Texas State Bar No. 00793791

6        1717 Main Street, Suite 3700
         Dallas, Texas 75201

7        (214) 659-4400
         (214) 659-4401 (Fax)

8
         Fred Petti

9        Arizona Bar No. 011668
         Jason M. Kerr (Resident Nevada Counsel)

10       Nevada State Bar No. 7773
         jkerr@lrlaw.com

11       LEWIS AND ROCA, LLP
         3993 Howard Hughes Parkway, Suite 600

12       Las Vegas, Nevada 89109
         (702) 949-8200

13

14

15

16

17

18

19

20

21

22

23

24

25

C:\temp\Amended Scheduling Order.DOC

DAL:345744.1

1

2                    UNITED STATES DISTRICT COURT

3                        DISTRICT OF NEVADA

4                              -o0o-

5   IN THE MATTER OF THE APPLICATION          )
    OF THE UNITED STATES FOR AN ORDER          ) CCA 171XX, LDG
6   AUTHORIZING THE ROVING INTERCEIPTION       ) (FIELD CASE)
    § OF ORAL COMMUNICATIONS                    )
7   _____  )

8                      CERTIFICATE OF SERVICE

9        I, Kathleen Bliss, hereby certify that I am an employee of the
10  Organized Crime Strike Force, United States Department of Justice,
    and that on this day I served a copy of the following:

11
                UNDER SEAL: AMENDED SCHEDULING ORDER
12
    upon the following by secure fax to:
13

14  Jason M. Kerr
    Suite 600
15  3993 Howard Hughes Parkway
    Las Vegas, NV 89109
16  SECURE FAX #(702)949-8359

17

18

19  DATED: ___3/5___, 2002        _____
                                        KATHLEEN BLISS
20

21

22

23

24

25

26