JUDGMENT
=================================================================

FILED
RECEIVED
ENTERED    SERVED ON
                OF RECORD

2004 FEB 23  P 12: 44

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY. C Jensen       DEPUTY

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

----------------

NO. 02-15635
CT/AG#: CV-01-01495-LDG

In re: IN THE MATTER OF THE APPLICATION OF THE UNITED STATES
FOR AN ORDER AUTHORIZING THE ROVING INTERCEPTION OF ORAL
COMMUNICATIONS

----------------------------

THE COMPANY

        Appellant

v.

UNITED STATES OF AMERICA

        Appellee

----------------------

    APPEAL FROM the United States District Court for the District of Nevada (Las Vegas).

    THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Nevada (Las Vegas) and was duly submitted.

37

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is REVERSED.

Filed and entered     November 18, 2003

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 1 9 2004

by Sylvia McAlister
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
02-15635 IN THE MATTER OF, et al v.

In re: IN THE MATTER OF THE
APPLICATION OF THE UNITED
STATES FOR AN ORDER
AUTHORIZING THE ROVING
INTERCEPTION OF ORAL
COMMUNICATIONS

------------------------

| | |
|---|---|
| THE COMPANY<br>    Appellant | Bennee B. Jones<br>FAX 214-659-4401<br>214-659-4400<br>Suite 3700<br>[COR LD NTC ret]<br>Law Offices<br>1717 Main Street<br>Dallas, TX 75201<br><br>Terry L. Higham, Esq.<br>FAX 213-896-3137<br>213-896-3100<br>Suite 1725<br>[COR LD NTC ret]<br>ANDREWS & KURTH<br>601 South Figueroa Street<br>Los Angeles, CA 90017-5722 |
| v. | |
| UNITED STATES OF AMERICA<br>    Appellee | Eric Johnson, AUSA<br>FAX<br>702-388-6363<br>[COR LD NTC usa]<br>Kathleen Bliss<br>FAX   702         702<br>702/388-6336<br>Ste 5000<br>[COR LD NTC usa]<br>USLV - OFFICE OF THE U.S.<br>ATTORNEY<br>333 Las Vegas Blvd. South<br>Las Vegas, NV 89101 |